IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BERNADETTE DAYWALT, | : | |
|    Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ANDREW SAUL, | : | No. 20-1458 |
|    Defendant. | : | |

ORDER

AND NOW, this 30th day of March, 2021, having reviewed Plaintiff Bernadette Daywalt's Brief in Support of her Request for Review (doc. 17) and the Commissioner's response (doc. 22), it is hereby ORDERED:

1. Plaintiff's Request for Review is GRANTED;

2. The matter is REMANDED to the Commissioner for reconsideration; and

3. The Clerk of Court is DIRECTED to mark this case CLOSED.

BY THE COURT:

  /s/ Timothy R. Rice
TIMOTHY R. RICE
U.S. MAGISTRATE JUDGE